**Below is the Order of the Court.**

_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 Case No. 19-42930-BDL |
| | ) | |
| ARTHUR HOWARD WOODS, JR. | ) | |
| | ) | **ORDER DISMISSING CASE** |
| | ) | **AND BARRING DEBTOR FROM** |
| | ) | **RE-FILING BANKRUPTCY FOR** |
| | ) | **180 DAYS** |
| Debtor. | ) | |

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion to dismiss debtor's case and bar re-filing bankruptcy for 180 days, proper notice having been given, and the Court having examined the files and records herein, having heard any argument of debtor and/or counsel, and being otherwise fully advised, now, therefore, it is hereby

ORDERED that the above-captioned Chapter 13 case is dismissed and the above-named debtor is hereby barred from re-filing for bankruptcy relief under this chapter of the Bankruptcy Code for a period of 180 days from the date of the entry of this Order. It is further

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

ORDERED that upon dismissal or conversion, any refund shall be payable to the debtor and may be forwarded to the debtor though the attorney's office, if any, per 11 U.S.C. 349(b)(3).  It is further

ORDERED that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the debtor.

/ / /End of Order/ / /

Presented by:


/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476 for
Michael G. Malaier, Chapter 13 Standing Trustee

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Order Dismissing Case and Barring
Re-Filing Bankruptcy for 180 Days - Page 2